UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
ANNUITY, PENSION, WELFARE, AND :
TRAINING FUNDS OF THE INTERNATIONAL :
UNION OF OPERATING ENGINEERS, LOCAL :
14-14B, AFL-CIO, *et al.*, :
 :
                            Plaintiffs, : **ORDER ADOPTING REPORT**
 : **AND RECOMMENDATION**
                -against- : 07-CV-2257 (DLI) (JMA)
 :
NORTH AMERICAN IRON WORKS, INC. :
 :
                           Defendant. :
----------------------------------------------------------------x

**DORA L. IRIZARRY, United States District Judge:**

      It appears that no objections have been filed to the Report and Recommendation of the Honorable Joan M. Azrack, U.S.M.J., dated October 3, 2008; and,

      Upon due consideration, the Report and Recommendation is hereby adopted in full. Accordingly, it is hereby

      ORDERED that judgment in the amount of $26,868.97 be entered against defendant North American Iron Works, Inc. by the Clerk of the Court.


SO ORDERED.

DATED:     Brooklyn, New York
              October 24, 2008


                                              _____/s/_____
                                                DORA L. IRIZARRY
                                          United States District Judge